IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVAN SCHMELZER, ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 16-cv-290-GCS |
| ) | |
| MARK J MUNCY, ET AL, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the joint Stipulation of Dismissal (Doc. 261) that the matter has settled in its entirety, this case is DISMISSED with prejudice and with each party to bear its own costs.

Pursuant to the Order entered on April 15, 2020 (Doc. 260), the intervening Complaint was also dismissed with prejudice and with each party to bear its own costs.

Accordingly, this matter is DISMISSED with prejudice and the case is closed.

IT IS SO ORDERED.

DATED: April 24, 2020

                                                MARGARET M. ROBERTIE, Clerk of Court
                                                *s/ Dana Winkeler*
                                                Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge